991 A.2d 305

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Daniel SINNOTT, Respondent.**

Supreme Court of Pennsylvania.

March 23, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of March, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether, to prove ethnic intimidation pursuant to 18 Pa. C.S. § 2710, the Commonwealth must prove the defendant targeted the victim solely based on the victim's race, color, religion, or national origin.